

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2019

No. 04-19-00467-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Pedro J. **ARCINIEGA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10713
Honorable Norma Gonzales, Judge Presiding

# O R D E R

In response to the City's July 19, 2019 motion, we suspended the appellate timetable until August 19, 2019, to give the trial court time to file any findings of fact and conclusions of law. To date, no findings or conclusions have been filed.

We REINSTATE the appellate timetable. Appellant's brief is due on September 9, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court